| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dunn, Randall L. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, OR | 3. Date of Report<br><br>03/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>01/20/2017 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>1001 S.W. 5th Av., #700<br>Portland, OR 97204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 03/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/2017 | American Federation of Musicians - Pension Benefits | $3,410.03 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/2017 | American Federation of Musicians - Pension Benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 05/20/2016 - 05/22/2016 | Indian Wells, CA | Annual Education Program - activity of professional association | Privately funded by: California Bankruptcy Forum - 3 days |
| 2. | American Bankruptcy Institute | 09/08/2016 - 09/10/2016 | Las Vegas, NV | ABI Southwest Education Program - activity of professional association | Privately funded by: American Bankruptcy Institute - 3 days |
| 3. | National Conference of Bankruptcy Judges | 10/26/2016 - 10/29/2016 | San Francisco, CA | NCBJ Annual Conference - activity of professional association | Privately funded by: National Conference of Bankruptcy Judges - 4 days |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 03/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 03/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GAIAM | | None | J | T | | | | | |
| 2. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 3. Schwab Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 4. First Eagle Overseas Fund, fka Sogen Overseas Fund SGOVX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 5. Biosolar, Inc. BSRC | | None | J | T | | | | | |
| 6. Spider Gold Trust GLD (IRA) | | None | J | T | | | | | |
| 7. Schwab Fundamental U.S. - Large (IRA) SFLNX | A | Dividend | | | Sold | 01/06/16 | K | B | |
| 8. Schwab Fundamental U.S. - Small (IRA) SFSNX | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 9. Consolidated Edison (IRA) ED | A | Dividend | K | T | Sold (part) | 08/02/16 | J | B | |
| 10. Wells Fargo (Savings Account) | A | Interest | J | T | | | | | |
| 11. Honeywell | A | Dividend | J | T | Sold (part) | 06/08/16 | J | | |
| 12. Boeing (IRA) | A | Dividend | | | Sold | 01/28/16 | J | B | |
| 13. Diana Container Ship-DCIX (IRA) | | None | J | T | | | | | |
| 14. Verizon-VZ (IRA) | A | Dividend | K | T | Sold (part) | 05/18/16 | J | A | |
| 15. Schwab Funda. Emer - SFENX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 16. Schwab Funda. Int'l - SFNNX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 17. I Shares CoreTotal - AGG (IRA) | A | Dividend | K | T | Sold (part) | 01/06/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 03/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple | A | Dividend | J | T | | | | | |
| 19. HAIN (IRA) | | None | | | Sold | 08/16/16 | J | A | |
| 20. WY (IRA) | A | Dividend | J | T | | | | | |
| 21. I Shares Index Fund EFA (IRA) | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 22. ONVO | | None | J | T | | | | | |
| 23. SNA (IRA) | A | Dividend | J | T | | | | | |
| 24. GOBIX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 25. GSRLX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 26. MAPTX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 27. VIG (IRA) | A | Dividend | | | Sold | 01/19/16 | K | B | |
| 28. GOOGL (IRA) | | None | J | T | Buy (add'l) | 02/08/16 | J | | |
| 29. QRVO | | None | J | T | Sold (part) | 11/15/16 | J | | |
| 30. WEC | A | Dividend | J | T | Sold (part) | 07/29/16 | J | | |
| 31. DIS | A | Dividend | J | T | | | | | |
| 32. MTUM (IRA) | A | Dividend | K | T | | | | | |
| 33. LCRIX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 34. PMDRX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 03/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. PTUIX (IRA) | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 36. FEYE | | None | J | T | Buy<br>(add'l) | 01/21/16 | J | | |
| 37. HAIN | | None | | | Sold | 11/11/16 | J | | |
| 38. QRVO (IRA) | | None | J | T | | | | | |
| 39. MIPIX (IRA) | A | Dividend | | | Sold | 01/06/16 | K | A | |
| 40. IJH (IRA) | A | Dividend | | | Sold<br>(part) | 01/06/16 | J | | |
| 41. | | | | | Sold | 01/25/16 | K | B | |
| 42. WATFX (IRA) | A | Interest | J | T | Buy | 05/16/16 | J | | |
| 43. DFGBX (IRA) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 44. DODIX (IRA) | A | Dividend | K | T | Buy | 01/06/16 | K | | |
| 45. PMDRX (IRA) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 46. DFCEX (IRA) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 47. DFVQX (IRA) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 48. DFLVX (IRA) | A | Dividend | K | T | Buy | 01/06/16 | K | | |
| 49. DFFVX (IRA) | A | Dividend | K | T | Buy | 01/06/16 | K | | |
| 50. IWV (IRA) | A | Dividend | K | T | Buy | 01/25/16 | K | | |
| 51. VXUS (IRA) | A | Dividend | J | T | Buy | 01/25/16 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 03/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 03/01/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randall L. Dunn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544